IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>DAVID W. HENRY,<br><br>　　　　　　Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 11-cv-551<br>)<br>)<br>)<br>)<br>) |

**ORDER TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

A copy of the petition and order to show cause having been served on respondent on August 25, 2011, and the respondent having failed to file a written response to the petition within the time period allowed by the order to show cause,

IT IS HEREBY ORDERED that the respondent appear before Revenue Officer Michael Haedt or designee at a time and place to be agreed upon mutually for the purpose of giving testimony concerning the tax liabilities of David W. Henry, for the taxable periods: March 31, 2009, June 30, 2009, September 30, 2009, December 31, 2009, and December 31, 2010, and then and there produce for examination and/or photostatic copying or other mechanical means of reproduction, the following:

> All books, papers, records or other documents demanded in the Internal Revenue Service summonses served upon respondent on May 12, 2011.

The examination shall continue from day to day until completed.

In the event the Revenue Officer and the respondent cannot agree mutually upon a time and place, then the respondent is ordered to appear at the office of Michael Haedt, Internal Revenue Service, 545 Zor Shrine Place, Madison, WI 51719-2068, telephone number 608/ 829-8142, at a time designated by the Revenue Officer, notice of said time and place to be given to the respondent by means of a certified letter mailed to the respondent at his or her last known business address at least ten (10) days prior to the date set by the Revenue Officer or his or her designee.

Dated this 4th day of October, 2011.

BARBARA B. CRABB
United States District Judge